Bennie D. Moore, *pro se.*

## 27428. MIMS v. THE STATE.

MOBLEY, Chief Justice. The appellant appeals from his conviction of armed robbery. In an appeal by a co-defendant, jointly tried with him, all the questions made in the present appeal were decided adversely to the contentions of this appellant. See *Payton v. State,* 229 Ga. 454 (192 SE2d 266).

*Judgment affirmed. All the Justices concur, except Hawes, Gunter and Jordan, JJ., who dissent.*

SUBMITTED SEPTEMBER 13, 1972—DECIDED OCTOBER 10, 1972.

*Glenn Zell,* for appellant.

*Lewis R. Slaton,* District Attorney, *Morris H. Rosenberg, Joel M. Feldman, Carter Goode, Arthur K. Bolton,* Attorney General, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, *Courtney Wilder Stanton,* Assistant Attorney General, *Daniel I. MacIntyre,* Deputy Assistant Attorney General, for appellee.